UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60780-CIV-DIMITROULEAS

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

LTD FINANCIAL SERVICES, LP,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice, filed herein on October 6, 2009. [DE-13].  The Court has carefully considered the Joint Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation [DE-13] is hereby **APPROVED**.

2.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3.     The Clerk shall deny any pending motions as moot.

4.     The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of October, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record